UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMIGRANT BANK FINE ART FINANCE, LLC, a Delaware limited liability company, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 1:18-cv-383 |
| v. | ) Judge Matthew F. Kennelly |
| RIVER NORTH COLLECTIONS, LLC, an Illinois limited liability company, and ROGER L. WESTON, a natural person. | )<br>)<br>)<br>) |
| Defendants. | ) |

## DEFENDANTS' RULE 12(b)(7) MOTION TO DISMISS

Defendants River North Collections, LLC ("River North") and Roger L. Weston ("Weston") (together, "Defendants"), by their undersigned attorneys, hereby respectfully move this Court, pursuant to Rule 12(b)(7) of the Federal Rules of Civil Procedure to enter an order: (a) directing that non-party Emigranta Corp. be made a party-plaintiff to this action; or (b) in the alternative, if Emigranta Corp. cannot feasibly be made a party-plaintiff, then dismissing the Complaint filed by the Plaintiff Emigrant Bank Fine Art Finance, LLC in this action. The grounds for this Motion are set forth in Defendants' accompanying Memorandum in Support of Rule 12(b)(7) Motion to Dismiss filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Defendants respectfully request that this Motion be granted and that this Court enter an Order:

    A.    Directing that non-party Emigranta Corp. be made a party-plaintiff to this action;

           or

B. In the alternative to (A), if Emigranta Corp. cannot feasibly be made a party plaintiff, then dismissing the Complaint; and

C. Granting Defendants such other and further relief as is appropriate.

Respectfully submitted,

RIVER NORTH COLLECTIONS, LLC and
ROGER L. WESTON

By: /s/ Courtney D. Tedrowe
     One of Their Attorneys

Stephen Novack
*snovack@novackmacey.com*
Stephen J. Siegel
*ssiegel@novackmacey.com*
Courtney D. Tedrowe
*cdt@novackmacey.com*
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900
Doc. 993129

2

## CERTIFICATE OF SERVICE

Courtney C. Tedrowe, an attorney, hereby certifies that, on February 26, 2018, he caused a true and correct copy of the foregoing **DEFENDANTS' 12(b)(7) MOTION TO DISMISS** to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system.

/s/     Courtney D. Tedrowe